# EXHIBIT A




Close — D C TUNING ENGINEERING SE... — XLS - 70 KB

| INDEX | PAGE1 | PAGE 2 | PL SUMM | B SHEET | PAGE5 | F ASSETS | 6A | AC REPORT |

**DC TUNING ENGINEERING SERVICES LTD**

PROFIT AND LOSS ACCOUNT FOR THE YEAR ENDED 31 JANUARY 2014

|  | 2014 | 2013 |
|---|---|---|
| INCOME RECEICVED | 61,694 | 49,486 |
| Interest on Deposit Account | 0 | 0 |
|  | 61,694 | 49,486 |
| **Less: Expenditure** |  |  |
| Directors Wages and National Insurance | 9,265 | 7,602 |
| Motor and Travelling Expenses | 7,260 | 6,875 |
| Tools | 0 | 450 |
| Advertising |  |  |
| Travel and Subsistence | 8,220 | 7,498 |
| Postage and Stationery | 12 |  |
| Repairs and Renewals | 8 | 1,177 |
| Telephone | 1,200 | 111 |
| Home as Office | 1,040 |  |
| Insurances |  |  |
| Accountancy | 1,190 | 745 |
| Work Wear | 946 | 90 |
| Sundries | 0 | 474 |
|  | 29141 | 25022 |
| Loss on sale of vehicle |  |  |
| Depreciation | 238 | 298 |
|  | 29379 | 25320 |
| NET PROFIT/(LOSS) FOR THE YEAR | 52,315 | 24,166 |
| TAXATION | 10,511 | 4,595 |
| RETAINED PROFIT/(LOSS) FOR THE YEAR | 41,804 | 19,571 |
| RETAINED (DEFICIT)/PROFITS BROUGHT FORWARD | 19,571 | 0 |
| RETAINED (DEFICIT)/PROFITS CARRIED FORWARD | 61,375 | 19,571 |

Email   Save

000247 - COOK



**DC TUNING ENGINEERING SERVICES LTD**

**PROFIT AND LOSS ACCOUNT FOR THE YEAR ENDED 31 JANUARY 2015**

| | 2015 | 2014 |
|---|---|---|
| INCOME RECEICVED | 49,872 | 81,694 |
| Interest on Deposit Account | 0 | 0 |
| | 49,872 | 81,694 |
| **Less: Expenditure** | | |
| Directors Wages and National Insurance | 12,564 | 9,265 |
| Motor and Travelling Expenses | 3,855 | 7,260 |
| Tools | 1,462 | 0 |
| Advertising | 0 | 0 |
| Travel and Subsistance | 7,071 | 8,220 |
| Postage and Stationery | 6 | 12 |
| Repairs and Renewals | 0 | 6 |
| Telephone | 674 | 1,200 |
| Home as Office | 520 | 1,040 |
| Insurances | 0 | 0 |
| Bank Charges | 196 | 0 |
| Accountancy | 1,575 | 1,190 |
| Work Wear | 28 | 946 |
| Sundries | 0 | 0 |
| | 27,945 | 29,141 |
| Loss on sale of vehicle | | |
| Depreciation | 1,991 | 238 |
| | 29,936 | 29,379 |
| **NET PROFIT/(LOSS) FOR THE YEAR** | 19,936 | 52,315 |
| TAXATION | 2,585 | 10,511 |
| **RETAINED PROFIT/(LOSS) FOR THE YEAR** | 17,351 | 41,804 |
| RETAINED (DEFICIT)/PROFITS BROUGHT FORWARD | 41,804 | 0 |
| RETAINED (DEFICIT)/PROFITS CARRIED FORWARD | 59,155 | 41,804 |



000248 - COOK

Close     DC TUNING ENGINEERING SER...
          XLS - 102 KB

| INDEX | PAGE1 | PAGE 2 | PL SUMM | B SHEET | PAGE5 | F ASSETS | 6A | AC REPORT | PL AC |

**DC TUNING ENGINEERING SERVICES LTD**

**PROFIT AND LOSS ACCOUNT FOR THE YEAR ENDED 31 JANUARY 2016**

|  | 2016 | 2015 |
|---|---|---|
| INCOME RECEIVED | 24,952 | 49,872 |
| Interest on Deposit Account | 0 | 0 |
|  | 24,952 | 49,872 |
| **Less: Expenditure** |  |  |
| Directors Wages and National Insurance | 2,791 | 12,964 |
| Motor and Travelling Expenses | 2,256 | 3,856 |
| Tools | 0 | 1,462 |
| Advertising | 0 | 0 |
| Travel and Subsistence | 5,171 | 7,071 |
| Postage and Stationery | 0 | 0 |
| Repairs and Renewals | 277 | 0 |
| Telephone | 0 | 674 |
| Home as Office | 520 | 520 |
| Training | 978 | 0 |
| Bank Charges | 137 | 196 |
| Accountancy | 1,300 | 1,575 |
| Work Wear | 208 | 28 |
| Sundries | 152 | 0 |
|  | 13790 | 27945 |
| Loss on sale of vehicle |  |  |
| Depreciation | 1593 | 1991 |
|  | 15383 | 29936 |
| **NET PROFIT/(LOSS) FOR THE YEAR** | 9,569 | 19,936 |
| TAXATION | 2,232 | 2,585 |
| RETAINED PROFIT/(LOSS) FOR THE YEAR | 7,337 | 17,351 |
| RETAINED (DEFICIT)/PROFITS BROUGHT FORWARD | 59,155 | 41,804 |
| RETAINED (DEFICIT)/PROFITS CARRIED FORWARD | 66,492 | 59,155 |

Email    Save

000249 - COOK

| INDEX | PAGE1 | PAGE 2 | PL SUMM | B SHEET | PAGE5 | F ASSETS | 6A | AC REPORT | PL AC |

DC TUNING ENGINEERING SERVICES LTD

PROFIT AND LOSS ACCOUNT FOR THE YEAR ENDED 31 JANUARY 2017

| | 2017 | 2016 |
|---|---|---|
| INCOME RECEICVED | 23,432 | 24,952 |
| Interest on Deposit Account | 0 | 0 |
| | 23,432 | 24,952 |
| Less: Expenditure | | |
| Directors Wages and National Insurance | 0 | 2,791 |
| Motor and Travelling Expenses | 1,430 | 2,258 |
| Tools | 0 | 0 |
| Advertising | 0 | 0 |
| Travel and Subsistance | 14,273 | 5,171 |
| Postage and Stationery | 0 | 0 |
| Repairs and Renewals | 70 | 277 |
| Telephone | 0 | 0 |
| Home as Office | 520 | 520 |
| Training | 0 | 978 |
| Bank Charges | 195 | 137 |
| Accountancy | 1,325 | 1,300 |
| Work Wear | 288 | 208 |
| Sundries | 0 | 152 |
| | 18161 | 13790 |
| Loss on sale of vehicle | | |
| Depreciation | 1274 | 1593 |
| | 19375 | 15383 |
| NET PROFIT/(LOSS) FOR THE YEAR | 4,057 | 9,569 |
| TAXATION | 1,066 | 2,232 |
| RETAINED PROFIT/(LOSS) FOR THE YEAR | 2,991 | 7,337 |
| RETAINED (DEFICIT)/PROFITS BROUGHT FORWARD | 73,829 | 66,492 |
| RETAINED (DEFICIT)/PROFITS CARRIED FORWARD | 76,820 | 73,829 |

000250 - COOK

# GOV.UK

MR D A COOK's tax return 2017-18        **Sign out**

Unique Taxpayer Reference (UTR): ▉▉▉▉▉▉▉▉
Your tax return is 100% complete

## View your calculation

This section provides you with a breakdown of your full calculation. If it says your tax return is 100% complete then you have submitted your return and this is a copy of the information held on your official online Self Assessment tax account with HM Revenue and Customs.

| | |
|---|---:|
| Pay from employments | £1,950.00 |
| Dividends from UK companies | £41,645.00 |
| **Total income received** | **£43,595.00** |
| *minus* Personal Allowance | £11,500.00 |
| **Total income on which tax is due** | **£32,095.00** |

### How we have worked out your income tax

| | Amount | Percentage | Total |
|---|---:|---:|---:|
| Starting rate | £0.00 | x 0% | £0.00 |
| Nil rate | £0.00 | x 0% | £0.00 |
| Basic rate | £0.00 | x 20% | £0.00 |

**Dividends from companies etc**

| | Amount | Percentage | Total |
|---|---:|---:|---:|
| Basic rate at nil rate | £5,000.00 | x 0% | £0.00 |
| Basic rate | £27,095.00 | x 7.5% | £2,032.12 |
| **Total income on which tax has been charged** | | | **£32,095.00** |
| **Income Tax due** | | | **£2,032.12** |

**Estimated payment due by 31 January 2019**
You must pay the total of any tax and class 4 NIC due for 2017-18 plus first payment in account due for 2018-19 by **31 January 2019**

(Note: 2nd payment of £1,016.06 due 31 July 2019)
This amount does not take into account any 2017-18 payments on account you may have already made

| | |
|---|---:|
| 2017-18 balancing payment | £2,032.12 |
| 1st payment on account for 2018-19 due 31 January 2019 | £1,016.06 |
| **Total due by 31 January 2019** | **£3,048.18** |

000251 - COOK

MR D A COOK's tax return: 2016-17 SUBMITTED
Case 4:20-cv-03811   Document 12-1   Filed on 12/22/20 in TXSD   Page 7 of 8
Your tax return is 100% complete

**Unique Taxpayer Reference (UTR):**

- Your HMRC Services
- Self Assessment

**File a return**
- Welcome
- View your calculation
- View/print/save your return
- Provide feedback
- Exit File a return
- Tax return options
- How to pay

## View your calculation

This section provides you with a breakdown of your full calculation. If it says your tax return is 100% complete then you have submitted your return and this is a copy of the information held on your official online Self Assessment tax account with HM Revenue and Customs.

| | |
|---|---:|
| Pay from employments | £13,168.00 |
| Dividends from UK companies | £18,412.00 |
| **Total income received** | **£31,580.00** |
| *minus* Personal Allowance | £11,000.00 |
| **Total income on which tax is due** | **£20,580.00** |

### How we have worked out your income tax

| | Amount | Percentage | Total |
|---|---:|---:|---:|
| Pay, pensions, profit etc. (UK rate for England, Wales and Northern Ireland) | | | |
| Basic rate | £2,168.00 | x 20% | £433.60 |
| Starting rate | £0.00 | x 0% | £0.00 |
| Nil rate | £0.00 | x 0% | £0.00 |
| Dividends from companies etc | | | |
| Nil rate | £5,000.00 | x 0% | £0.00 |
| Basic rate | £13,412.00 | x 7.5% | £1,005.90 |

**Total income on which tax has been charged** £20,580.00

**Income Tax due** £1,439.50

*minus* **Tax deducted**

| | |
|---|---:|
| From all employments, UK pensions and state benefits | £1,364.00 |
| **Total tax deducted** | **£1,364.00** |
| **Total Income Tax due** | **£75.50** |

### Estimated payment due by 31 January 2018

You must pay the total of any tax and class 4 NIC due for 2016-17 plus first payment on account due for 2017-18 by **31 January 2018**.

| | |
|---|---:|
| 2016-17 balancing payment | £75.50 |
| 1st payment on account for 2017-18 due 31 January | £0.00 |

000252 - COOK

- Your HMRC Services
- Self Assessment

**MR D A COOK's tax return: 2015-16  SUBMITTED**
Your tax return is 100% complete

**Unique Taxpayer Reference (UTR):**

## View your calculation

**File a return**
- Welcome
- View your calculation
- View/print/save your return
- Provide feedback
- Exit File a return
- Tax return options
- How to pay

This section provides you with a breakdown of your full calculation. If it says your tax return is 100% complete then you have submitted your return and this is a copy of the information held on your official online Self Assessment tax account with HM Revenue and Customs.

| | |
|---|---:|
| Pay from employments | £4,033.00 |
| Pay from all employments | £4,033.00 |
| Dividends from UK companies (plus 10% tax credits) | £9,651.00 |
| **Total income received** | **£13,684.00** |
| minus Personal Allowance | £10,600.00 |
| **Total income on which tax is due** | **£3,084.00** |

### How we have worked out your income tax

| | Amount | Percentage | Total |
|---|---:|---:|---:|
| Dividends from companies etc | £3,084.00 | x 10% | £308.40 |
| **Total income on which tax has been charged** | **£3,084.00** | | |
| **Income Tax charged** | | | **£308.40** |
| minus 10% tax credits on dividends from UK companies (not repayable) | | | £308.40 |
| **Income Tax due after dividend tax credits** | | | **£0.00** |
| minus Tax deducted | | | |
| From all employments, UK pensions and state benefits | | | £521.00 |
| **Total tax deducted** | | | **£521.00** |
| **Income Tax overpaid** | | | **£521.00** |

**Estimated overpayment at 31 January 2016**

| | |
|---|---:|
| 2015-16 balancing credit | £521.00 |
| 1st payment on account for 2016-17 due 31 January 2017 | £0.00 |
| (Note: 2nd payment of £0.00 due 31 July 2017) | |
| **Total overpaid at 31 January 2017** | **£521.00** |

This calculation does not take into account any 2015-16 payments on account you may have already made or tax due for earlier years

Print your full calculation

000253 - COOK