# EXHIBIT F



**Injury/Illness Incident (Form 101) - II-049-180010**

Printed at 17 May 2018 10:08:51

### Incident Location

| | | | |
|---|---|---|---|
| Rig/Worksite | 049 Rowan Gorilla VII | Location | Prince Charles Wharf Dundee Dock |
| Client | Projects | On Rig Move? | No |
| Latitude | 54.05333 | Longitude | 1.03361 |

### Incident Summary

| | | | |
|---|---|---|---|
| Incident Type | Injury | Work Related | Yes |
| Short Description | Ankle injury during on deck pre shift meeting | | |
| Date of Incident | 04 Apr 2018 07:05 | Date Incident Reported | 04 Apr 2018 07:06 |
| Actual Severity | Medium | | |

### Person's Information

Injured Person identity is confidential and managed by Medical Management team. Please contact them if necessary.

| | | | |
|---|---|---|---|
| Position/Job Title | Other | Employer | Stowen |
| Employer Type | Rowan Contractor | Employment Industry | 16 years 0 months |
| Hitch Start Date | 12 Mar 2018 | Employment Company | 2 years 0 months |
| On Shift/Tour | Yes | Employment Time | 2 years 0 months |
| Shift Start Date | 04 Apr 2018 07:00 | | |

### Third-Party Employer Information

| | | | |
|---|---|---|---|
| Street 1 | Stowen group ltd | City | Great Yarmouth |
| Street 2 | | State/Province | Norfolk |
| Zip/Postal | NR31 0NX | Country | United Kingdom |
| Phone Number | 01493653903 | | |

### Incident Description

| | |
|---|---|
| Events of the Incident | Prior to pre tour Ip injured ankle/leg, supervisors notified and emergency sevices requested. statements being gathered, investigation ongoing. |
| Initial Actions | Preparation by the rig crew to make IP comfortable and have stretcher ready, the emergency services then arrived and person was lifted to the dock in the stretcher basket. IP was taken to the local hospital. |
| Stop Work Immediately? | Yes |
| Medical Treatment | Yes - morphine, gas and air |
| Medical Doctor? | Yes - NHS paramedic |
| Escorted to Hospital? | Yes |
| Escort Contact Name | Kieron Ford |
| Hospital Name and Location | Ninewells Hospital Dundee |
| Escort Contact Number | 07854729578 |
| Returned to Work | No |
| Regulatory Reportable? | Yes - Stowen to submitt Riddor<br>Rowan submitted MI 109<br>MI inform verbally of incident by houston office |
| Current Situation | Person is still in hospital and has a fracture to his fibula and tibula in his right leg, broken foot, broken and dislocated two toes. |
| Body Parts | Feet / Ankles |
| Location Within | Main deck |
| Equiment Involved | None |
| Operational Activity | Other |
| Nature of Injury | Fracture |

### Weather Conditions

| | | | |
|---|---|---|---|
| Wind Direction | NE | Wind Speed (knots) | 11-16 Knots |
| Temperature | 3-4 °c | Visibility (nautical miles) | +5Nm |
| Wave Height (meters) | N/A in dock | | |
| Additional Comments | overcast | | |

ROWAN 00041

**Injury/Illness Incident (Form 101) - II-049-180010**

Printed at 17 May 2018 10:08:51

### Crew Members

| Name | ID | Employer | Position | Telephone |
|------|----|----|----|----|

### Witness Information

| Name | ID | Employer | Position | Telephone | Statement |
|------|----|----|----|----|----|
| John Paul Brophy | | Rowan | Assistant Derrickman | | Yes |
| Matthew Rex | | Rowan | Derrickman | | Yes |
| Craig George | | Rowan | Roughneck | | Yes |
| Kurt Ford | | Stowen | Other | | Yes |
| Ewan McDonald | | Stowen | Other | | Yes |
| Neil Matheson | | Stowen | Other | | Yes |
| Graham Cuthbert | | Stowen | Other | | Yes |

### Witness Statements Attachments

File Name
- John Paul Brophy 2.pdf
- Matthew Rex 2.pdf
- Kurt Ford 2.pdf
- Ewan McDonald 2.pdf
- Craig George 2.pdf

### Additional File Attachments

File Name
- Craig George statement.pdf
- Graham Cuthbert statement.pdf
- Matt Rex statement.pdf
- Kurt Ford statement.pdf
- John Paul Brophy statement.pdf
- Neil Matheson statement.pdf
- Ewan McDonald statement.pdf
- 3rd Party Leg Injury 04.4.18.pptx

### Supervisors and Managers

| Manager | Robin Kimber | Superintendent | Andrew Barker |
|---|---|---|---|
| Tourpusher | Michael Staite | IP Supervisor | Michael Staite |

ROWAN 00042