# EXHIBIT G

CAUSE NO. 2019-77381

| | | |
|---|---|---|
| DAVID COOK, | § | IN THE DISTRICT COURT |
|    Plaintiff, | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ROWAN COMPANIES, INC. a/k/a | § | |
| ROWAN DRILLING and ROWAN | § | |
| DRILLING (UK) LIMITED, | § | |
|    Defendants. | § | 113th JUDICIAL DISTRICT |

## DEFENDANT ROWAN COMPANIES, INC.'S FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFF'S REQUEST FOR DISCLOSURE

TO: Plaintiff, David Cook, by and through his attorneys of record, Michael Patrick Doyle and Patrick M. Dennis, DOYLE LLP, 3401 Allen Parkway, Suite 100, Houston, Texas 77019

Rowan Companies, Inc., Defendant in the above-styled and numbered cause, hereby serves its First Supplemental Responses to Plaintiff's Request for Disclosure.

Respectfully submitted,

**BROWN SIMS**

By: _____
Michael D. Williams
Texas Bar No. 21564330
Allen D. Hemphill
Texas Bar No. 00796740
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
Tel: (713) 629-1580
Fax: (713) 629-5027
mwilliams@brownsims.com
ahemphill@brownsims.com

**ATTORNEYS FOR DEFENDANTS**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of February, 2020 a true and correct copy of the foregoing document has been served on counsel of record in accordance with the Texas Rules of Civil Procedure.

_____
Michael D. Williams

2

## DEFENDANT ROWAN COMPANIES, INC.'S FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFF'S REQUEST FOR DISCLOSURE

(a)   The correct names of the parties to the lawsuit.

RESPONSE:

The correct name of this defendant is Rowan Companies, Inc. The correct name of the co-defendant is Rowan Drilling (UK) Limited.

(b)   The name, address, and telephone number of any potential parties.

RESPONSE:

Ralph Coffman Luxembourg S.a.r.l., 46A Avenue J.F. Kennedy, L-1855, Luxembourg, Grand Duchy of Luxembourg.

Stowen Ltd., Unit 1 James Watt Close, Great Yarmouth, NR31 0NX, +44 (0)1493 653903.

DC Tuning Engineering Services Ltd, 19 Birchwood Close, Seghill Cramlington, Whitley Bay, Tyne & Wear, United Kingdom, NE23 7HH.

(c)   The legal theories and, in general, the factual bases for your claims or defenses.

RESPONSE:

Defendant generally denies each of Plaintiff's allegations. In addition, Defendant denies that it is answerable for the alleged negligence of the ROWAN GORILLA VII or for its unseaworthiness. Defendant was not the owner, owner pro hac vice, or operator of the ROWAN GORILLA VII. Defendant further denies that any of Defendant's employees were responsible for any alleged conditions of negligence, negligence per se, or gross negligence. Defendant further denies that any of Plaintiff's claims can be governed by United States Maritime law or and laws other than those of the United Kingdom, Scotland, and the European Union. Defendant denies that the district courts of Harris County, Texas offer an appropriate forum. Defendant contends that Plaintiff's injuries were caused, in whole or in part, by Plaintiff's negligence in sitting on a pipe stack at a construction site.

(d)   The amount and any method of calculating economic damages.

RESPONSE:

      Defendant is unable to provide the amount and method of calculating Plaintiffs' damages because Plaintiffs have not disclosed the amount and method of calculating damages. Defendant hereby incorporates by reference the reports and testimony of its designated experts, retained and non-retained, as to the amount and method of calculating and rebutting Plaintiffs' claims for damages. Defendant also incorporates by reference its answers to interrogatories regarding the same, as well as all responses to requests for production with respect to documents that rebut or contradict the amount, extent, and method of Plaintiffs' damage calculations.

(e)    The name, address, and telephone number of persons having knowledge of relevant facts, and a brief statement of each identified person's connection with the case.

      RESPONSE:

      See Exhibit A, attached.

      FIRST SUPPLEMENTAL RESPONSE:

      See Exhibit A-1, attached.

(f)    For any testifying expert:

    (1)    the expert's name, address and telephone number;

    (2)    the subject matter on which the expert will testify;

    (3)    the general substance of the expert's mental impressions and opinions and a brief summary of the basis for them, or if the expert is not retained by, employed by, or otherwise subject to the control of the responding party, documents reflecting such information;

    (4)    if the expert is retained by, employed by, or otherwise subject to the control of the responding party:

        (A)    all documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for the expert in anticipation of the expert's testimony; and

        (B)    the expert's current resume and bibliography.

      RESPONSE:

      Defendant has not yet designated any testifying experts and will supplement as required by the Texas Rules of Civil Procedure or as otherwise ordered by the Court.

      For further response, see Exhibit B.

(g)    Any indemnity and insuring agreements described in Rule 192.3(f).

      <u>RESPONSE</u>:

      See attached, ROWAN 00084 to ROWAN 00134. Will supplement.

(h)    Any settlement agreements described in Rule 192.3(g).

      <u>RESPONSE</u>:

      None.

(i)    Any witness statements described in Rule 192.3(h).

      <u>RESPONSE</u>:

      See attached, ROWAN 00034 to ROWAN 00040 to ROWAN 00045 to ROWAN 00049.

(j)    In a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills that are reasonably related to the injuries or damages asserted or, in lieu thereof, an authorization permitting the disclosure of such medical records and bills.

      <u>RESPONSE</u>:

      None.

(k)    In a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills obtained by the responding party by virtue of an authorization furnished by the requesting party.

      <u>RESPONSE</u>:

      None.

(l)     The name, address, and telephone number of any person who may be designated as a responsible third party.
<u>RESPONSE</u>:

Ralph Coffman Luxembourg S.a.r.l., 46A Avenue J.F. Kennedy, L-1855, Luxembourg, Grand Duchy of Luxembourg.

Stowen Ltd., Unit 1 James Watt Close, Great Yarmouth, NR31 0NX, +44 (0)1493 653903.

DC Tuning Engineering Services Ltd, 19 Birchwood Close, Seghill Cramlington, Whitley Bay, Tyne & Wear, United Kingdom, NE23 7HH.

## Exhibit A-1

|  | **Last Known Address** | **Notes** |
|---|---|---|
| David Cook | 76 Briardene Way, Backworth, North Tyneside, NE27 0XQ<br><br>Contact Through His Attorneys: Michael Patrick Doyle and Patrick M. Dennis, DOYLE LLP, 3401 Allen Pky., Ste. 100, Houston, TX 77019, (713) 571-1146 | Plaintiff. |
| Rowan Companies, Inc., its employees and custodians of records | C T Corporation System, 811 Dallas Avenue, Houston, Texas 77002<br><br>Contact Through Their Attorneys: Michael D. Williams and Allen D. Hemphill, BROWN SIMS, 1177 West Loop South, 10th Floor, Houston, TX 77027, (713) 629-1580 | Defendant. |
| Rowan Drilling (UK) Limited, its employees and custodians of records, including: | CMS Cameron McKenna KKO, 6 Queens Road, Aberdeen, Scotland, AB15 4ZT, United Kingdom<br><br>Contact Through Their Attorneys: Michael D. Williams and Allen D. Hemphill, BROWN SIMS, 1177 West Loop South, 10th Floor, Houston, TX 77027, (713) 629-1580 | Defendant. |
| Robin Kimber | 59 Colthill Circle, Miltimber, Aberdeen AB13 0EH, 07718767943 | Gorilla VII Rig Manager with knowledge about the scope of the project, safety practices, accident facts, and the roles of subcontractors. |
| Andrew Barker | 29 Normanston Drive, Oulton Broad, Lowestoft, Suffolk NR32 2PS, 07500955085 | Gorilla VII OIM/Superintendent with knowledge about the scope of the project, safety practices, accident facts, |

| | | |
|---|---|---|
| | | and the roles of subcontractors. |
| Gavin Hedingham | 6 Haremoss Drive, Portlethen, Aberdeen AB12 4UX, 07876 176 751 | HSE Manager with knowledge about the scope of the project, safety practices, accident facts, and the roles of subcontractors. |
| Michael Staite | 24 Sevenoaks Drive, Hastinghill, Sunderland, Tyne & Wear SR4 6LR, 07739 999 648 | Toolpusher with knowledge about the scope of the project, safety practices, accident facts, and the roles of subcontractors. |
| John Paul Brophy | 1 Glenmill Ave., Darnley Mains, Glasgow, Renfrewshire G53 7XF, 07576408708 | Assistant Derrickman, Witnessed Accident. |
| Matthew Rex | Novanna Ressidence 384/291, Moo 100 Nongprue Bangamung, Pattaya, Chon Buri, Thailand 20150, 07805447291 | Derrickman, Witnessed Accident. |
| Craig George | 65 Lawsondale Terrace, Westhill, Aberdeenshire AB32 6SE, 07885 772380 | Roughneck, Witnessed Accident |
| Liam Duddy | 10 Kirk Mews, Watson St, Banchory, Aberdeenshire AB31 5NS, 07949117428 | HSE Specialist with knowledge about the scope of the project, safety practices, accident facts, and the roles of subcontractors. |
| Matthew Powell | 31 Raedykes Crescent, Stonehaven, Aberdeenshire AB39 3UD, 07725260457 | Engineering Manager with knowledge about the scope of the project, safety practices, accident facts, and the roles of subcontractors. |
| Lee McQueen | 18 Mond Road, Fazakerley, Liverpool, Lancashire L10 7LJ, 07789 063088 | Safety Coordinator with knowledge about the scope of the project, safety practices, accident facts, |

| | | and the roles of subcontractors. |
|---|---|---|
| Robert Anderson | 4 Ash Place, Kilmarnock Ayrshire, Scotland KA12HJ | Floorman |
| David Hewat | 25C Dee Street Aberdeen, United Kingdom AB116AW | Floorman |
| James McDermott | 4 Hounsfield Crescent East Herringthorpe, Rotherman United Kingdom S65 3PZ | Driller |
| James Porter | The Gables, 46 Cummersdale Road, Carlisle, United Kingdom CA2 6AX | Assistant Driller |
| Daniel Spike | 32 Warmington Road Liverpool, United Kingdom L14 1QJ | Assistant Driller |
| Alex Stockton | 53 Childwall Road Liverpool, United Kingdom L15 6UW | Floorman |
| Jamie Wilby | 80 Grange Drive Swindon, United Kingdom SN3 4LD | Floorman |
| Richard Johnstone | 54 Modley Place Ellon, United Kingdom AB19BB | Radio Operator |
| Sean Pearson | 6 Greystone Place Tickhill, Doncaster, United Kingdom DN119Q7 | Senior Barge Engineer |

| | | |
|---|---|---|
| James Barker | 18 Mallard Drive<br>Montrose, United Kingdom<br>DD109ND | Deck Pusher |
| John Ellison | 15 Ronaldsway<br>Fazakerley, Liverpool, United Kingdom L100AJ | Roustabout |
| Joseph O'Neill | 8 Glengrove<br>Leven, United Kingdom<br>KY8 5BE | Assistant Driller |
| Kevin Sanderson | 37 Hewitt Ryhope<br>Sunderland, United Kingdom SR20DR | Floorman |
| Jonathan Ingram | 52 Chaucer Road<br>Great Yarmouth, United Kingdom NR304HA | Welder |
| Findlay Adams | Granite House Knowhead<br>Freuchie, Cupar, United Kingdom<br>Ky15 7hb | Assistant Crane Operator |
| Richard Watson | 2 Selby Avenue<br>Thornton-Cleveley's<br>Lancashire, United Kingdom<br>FY5 2QJ | Motorman |

| | | |
|---|---|---|
| Karens Movsesjans | Bulta Street 8-107<br>Riga, Latvia 1057 | Assistant Crane Operator |
| Christopher Thain | 8 Burnside Street<br>Findochty, Buckie<br>United Kingdom,<br>AB56 4QW | Roustabout |
| Kyle Doig | 6 Western Avenue<br>Perth, United Kingdom<br>PH11NY | Electrician |
| Matthew Newton | 4 Stonebridge Crescent<br>Stockton on Tees<br>United Kingdom<br>TS17 5AZ | Maintenance Supervisor |
| Daniel Dusher | 10 Stableway<br>Kingswood, Hull<br>United Kingdom HU73FA | Deck Pusher |
| Scott Milne | 7 North Latch Road<br>Brechin, United Kingdom<br>DD9 6LF | Crane Operator |
| Gary Roe | 5 Farday Street<br>Hull, United Kingdom<br>HU9 3EF | Assistant Crane Operator |
| John Catchpole | 25 Rectory<br>Carlton Colville, Lowestoft<br>United Kingdom NR338BA | Roustabout |
| Biagio Falcone | 28 Bryce Avenue<br>Carron, Stirlingshire<br>United Kingdom FK28JA | Roustabout |

| | | |
|---|---|---|
| Brian Bransfield | 18 Invrness Cress<br>Kingston, Ontario<br>Canada K7M6G9 | Driller |
| James Rowland | 123601 Highway 89<br>Jay, Florida<br>USA 32565 | Barge Engineer |
| David Storey | 37 Cherry Grove<br>Prudhoe, Northumberland<br>United Kingdom NE426PT | Mechanic |
| Lewis Trevors | 36 Rosedale Gardens<br>Belton, Great Yarmouth<br>United Kingdom NR319PN | Roustabout |
| Anthony Wyer | 237 Garden Road<br>Belnan, Nova Scotia<br>Canada B2S2N4 | Driller |
| Paul Bell | 53 Kirkburn<br>Laurencekirk, Aberdeenshire<br>United Kingdom AB301LF | Safety Training Coordinator |
| George Keenan | Murrayknowe Farm,<br>Cardenden Fife,<br>United Kin KY5 0AE | Senior Mechanic |
| James Millar | 16 Balmoral Terrace<br>Dundee, Angus<br>United Kingdom, DD48Sn | Assistant Crane Operator |
| Grant Davis | 70 Lochinver Crescent<br>Dundee, Angus<br>United Kingdom, DD2TY | Electrician |
| David Ingram | 9 Beech Avenue<br>Ellon, Aberdeenshire<br>United Kingdom, AB419EP | Materialsman |

| Graham Langley | 170 Sherwoods Lane Aintree Liverpool, Merseyside United Kingdom, L101AB | Motorman |
|---|---|---|
| David Robson | Flat 3 59 Percy Park RD. Northshields, Tyne & Wear United Kingdom, NE304LH | Radio Operator |
| Stephen Pounder | 120 The Broadway Grindon, Sunderland, Tyne & Wear United Kingdom, SR48NX | Welder |
| Warren Newsom | 807 Hollywood Lake Loop Winnsboro, Louisiana 71295 | Drilling Superintendent |
| Martin Vanis | Kurta Kondrada 24459 Prague, Praha 1900 Czech Republic | Senior Electronic Technic |
| Kirby A Walker | 1545 Brown Mountain Road Centerville, Nova Scotia B0PIJ0 Canada | Rig Superintendent |
| Stowen Ltd., its employees, contractors, and custodians of records, including: | Unit 1 James Watt Close, Great Yarmouth, NR31 0NX, +44 (0)1493 653903 | Rowan Drilling (UK) contractor that engaged and supervised Plaintiff. |
|    Kurt Ford | Norwich, United Kingdom | Welder, Witnessed Accident. |
|    Ewan McDonald | Brisbane, Australia | Rope Access Person/Welder, Witnessed Accident. |
|    Neil Matheson | Aberdeen, United Kingdom | Rope Access Person, Witnesses Accident. |
|    Graham Cuthbert | Cardenden, Fife, United Kingdom | NDT Technician, Witnessed Accident. |
|    Colin Stewart | Great Yarmouth, Norfolk, United Kingdom | Technical Director with knowledge about the scope of the project, safety practices, and Stowen's responsibilities. |

| | | |
|---|---|---|
| Keiron Ford | Norwich, United Kingdom | Technical Director with knowledge about the scope of the project, safety practices, Stowen's responsibilities, and the extent of Plaintiff's injuries. |
| Robert Catchpole | Gorleston on Sea, Norfolk, United Kingdom | QHSE for Stowen with knowledge about the scope of the project, safety practices, and Stowen's responsibilities. |
| The Department for Works and Pensions, its employees and custodians of records | The Pension Service 6, Post Handling Site A, Wolverhampton, WV98 1AJ United Kingdom | Has information regarding Plaintiff's pension payments, benefit claims and contentions, and loss of past and future earnings. |
| Ralph Coffman Luxembourg S.a.r.l. | 46A Avenue J.F. Kennedy, L-1855, Luxembourg, Grand Duchy of Luxembourg | Vessel owner answerable to Plaintiff's claims to the extent those claims are colorable at law. |
| DC Tuning Engineering Services Ltd, its employees and custodians of records | 19 Birchwood Close, Seghill Cramlington, Whitley Bay, Tyne & Wear, United Kingdom, NE23 7HH | Business through which Plaintiff contracted and worked, responsible for Plaintiff's training and supervision, has information relevant to Plaintiff's qualifications, training, contractual obligations, and past and future earnings. |
| The Registrar of Companies for England and Wales, its employees and custodians of records | Companies House, Crown Way, Cardiff, CF14 3UZ, DX 33050 Cardiff, United Kingdom, +44 303 1234 500 | Has information regarding the scope of Plaintiff's business dealings. |
| HM Revenue and Customs, its employees and custodians of records | Pay As You Earn and Self Assessment, HM Revenue and Customs, BX9 1AS, United Kingdom | UK governmental entity in possession of tax filings, profit and loss statements, and other documents related to Plaintiff's claimed |

| | | |
|---|---|---|
| | | lost past and future earnings. |
| North Tyneside Council, its employees and custodians of records | Customer Services Blue Badge Team, Quadrant East, 1st Floor Right, 16 The Silverlink North, Cobalt Business Park, North Tyneside, NE27 0BY, 0345 2000 101 | Has records related to Plaintiff's post-accident disability claims |
| NHS Scotland, its employees and custodians of records | NHS Tayside, 230 Clepington Rd, Dundee, DD2 1UB, United Kingdom | Has knowledge of Plaintiff's pre-accident and post-accident medical treatment and costs incurred. |
| The National Health Service in England its employees and custodians of records | Northumbria Healthcare NHS Foundation Trust, Unit 7-8 Silver Fox Way, Cobalt Business Park, Newcastle upon Tyne NE27 0QJ, United Kingdom | Has knowledge of Plaintiff's pre-accident and post-accident medical treatment and costs incurred. |
| Netherford House Surgery, its employees and custodians of records, including:<br><br>   Ms. Nicola Bennett | Station Rd., Seghill, Cramlington, NE23 7EF, United Kingdom | Has knowledge of Plaintiff's post-accident medical treatment and costs incurred.<br><br>Occupational Therapist with knowledge of Plaintiff's post-accident medical treatment. |
| North Tyneside General Hospital, its employees and custodians of records, including:<br><br>   Mr. B.W.D. Drake<br><br><br>   Mr. Chris Harrison | Rake Lane, Tyne and Wear, North Shields, NE29 8NH, United Kingdom | Has knowledge of Plaintiff's post-accident medical treatment and costs incurred.<br><br>Orthopedic surgeon with knowledge of Plaintiff's post-accident medical treatment.<br><br>Orthopedic surgical assistant with knowledge of Plaintiff's post-accident medical treatment. |

| | | |
|---|---|---|
| Mr. S. Venkatachalam | | Consultant orthopedic surgeon with knowledge of Plaintiff's post-accident medical treatment. |
| Mr. D. Townshend | | Consultant orthopedic surgeon, with knowledge of Plaintiff's post-accident medical treatment. |
| Blyth Valley Intermediate Musculoskeletal Assessment & Treatment Services, its employees and custodians of records, including:<br><br>Mr. D. Birchall | Dudley Lane, Cramlington, NE23 6US, United Kingdom | Has knowledge of Plaintiff's post-accident medical treatment and costs incurred.<br><br>Neuroradiologist with knowledge of Plaintiff's post-accident medical treatment. |
| Ninewells Hospital, its employees and custodians of records, including:<br><br>Mr. Dalgbeish | James Arrott Drive, Dundee, DD2 1SY, United Kingdom<br><br>Norwich, United Kingdom | Has knowledge of Plaintiff's post-accident medical treatment and costs incurred.<br><br>Surgeon with knowledge of Plaintiff's post-accident medical treatment. |
| Northumbrian Healthcare Hospital, and its employees and custodians of records | Unit 7-8 Silver Fox Way Cobalt Business Park, Newcastle upon Tyne, NE27 0QJ, United Kingdom | Has knowledge of Plaintiff's post-accident medical treatment and costs incurred. |
| Northumbrian Specialist Emergency Care Hospital its employees and custodians of records | Northumbria Way, Cramlington, NE23 6NZ, United Kingdom | Has knowledge of Plaintiff's post-accident medical treatment and costs incurred. |

| | | |
|---|---|---|
| Park View Medical Clinic, its employees and custodians of records, including:<br><br>Mr. A.O. Adedapo | 276 Marton Road, Middlesbrough, TS4 2NS, (01642) 242357 | Has knowledge of Plaintiff's post-accident medical treatment and costs incurred.<br><br>Consultant orthopedic surgeon with knowledge of Plaintiff's post-accident medical treatment. |
| Tayside Hospital its employees and custodians of records | 230 Clepington Rd., Dundee, DD21UB, United Kingdom | Has knowledge of Plaintiff's post-accident medical treatment and costs incurred. |
| Wansbeck General Hospital, its employees and custodians of records, including:<br><br>Mr. Sameer Khan<br><br>Mr. J.L. Sher<br><br>Mr. Ian Neilly | Woodhorn Lane, Ashington, NE63 9JJ, United Kingdom | Has knowledge of Plaintiff's post-accident medical treatment and costs incurred.<br><br>Specialist registrar orthopedics with knowledge of Plaintiff's post-accident medical treatment.<br><br>Orthopedic medicine consultant with knowledge of Plaintiff's post-accident medical treatment.<br><br>Hematologist with knowledge of Plaintiff's post-accident medical treatment. |